IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER SCHERING PHARMA AG, BAYER HEALTHCARE PHARMACEUTICALS INC., and SCHERING CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 10-cv-127-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER AND STIPULATION EXTENDING THE TIME TO REQUEST ADDITIONAL E-DISCOVERY OF ADDITIONAL CUSTODIANS FOR ADDITIONAL YEARS**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time specified in paragraph 2(c)(1) of the scheduling order (D.I. 19) for the parties to request e-discovery of additional custodians for additional years shall be extended through and including October 1, 2010.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| /s/Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>*Attorneys for Plaintiffs* | /s/Megan C. Haney<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>*Attorneys for Defendants* |

Dated: September 23, 2010

SO ORDERED this _____ day of _____, 2010.

_____
United States District Judge